

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00687-CV

**IN RE** Geoffrey **PAWLACZYK**

Original Proceeding[1]

PER CURIAM

Sitting:  Adrian A. Spears, II, Justice
     H. Todd McCray, Justice
     Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On October 27, 2025, relator filed this petition for writ of mandamus. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 25-409, styled *Geoffrey Pawlaczyk v. Kendall County Sheriff*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.